```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

```
DAVID WESLEY THORNTON,          :
                                :
    Plaintiff,                  :
                                :
vs.                             :   CIVIL ACTION 15-00488-KD-M
                                :
MRS. JONES, et al.,             :
                                :
    Defendants.                 :
```

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to comply with the Court's Order.

DONE this 22nd day of January 2016.

                              s/ Kristi K. DuBose
                              KRISTI K. DuBOSE
                              UNITED STATES DISTRICT JUDGE